# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DANNY RAY WALLACE,

    Plaintiff,

v.                                  CASE NO. 4:09cv245-RH/GRJ

BRAD SEGREE et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 14. No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is DISMISSED without prejudice for failure to abide by an order of the court and failure to prosecute." The clerk must close the file.

    SO ORDERED on January 31, 2011.

                                          s/Robert L. Hinkle
                                          United States District Judge